Craig A. Ramseyer (Bar No. 99099)
Katherine M. Knudsen (Bar No. 125731)
PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
525 B Street, Suite 2200
San Diego, California  92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Defendants,
SAFECO INSURANCE COMPANY OF AMERICA
and T. B. PENICK & SONS, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURAN VENABLES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, ET AL.,<br><br>Defendants. | Case No.: 2:11-CV-02973-MCE-JFM<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS T.B. PENICK & SONS, INC. AND SAFECO INSURANCE COMPANY OF AMERICA TO RESPOND TO THE COMPLAINT AND ORDER THEREON** |

Pursuant to Civil Local Rule 144, the parties hereby stipulate to extending the deadline for Defendants T.B. Penick & Sons, Inc. ("Penick") and Safeco Insurance Company of America ("Safeco") to move, plead or otherwise respond to the Miller Act Complaint ("Complaint") in this action.  This Stipulation is based on the following facts and circumstances:

1.   On November 21, 2011, Use-Plaintiff filed a Complaint seeking damages on a payment bond executed by Safeco, as surety, and Penick, as principal, in this Court. Safeco was served on November 11. 2011.  Penick was served on November 22, 2011. Thus the date for responsive pleadings would be December 2, 2011 for Safeco and December 13, 2011 for Penick.

2.   Safeco has tendered defense to Penick, who has accepted the tender. Counsel would like to file one responsive pleading for both Penick & Safeco instead of a responsive pleading for each.

109514/000000/1429704.01

109514/000000/1429704.01

3. The parties agree to extend the time for Defendants to move, plead or otherwise respond to the Complaint up to and including December 13, 2011. There have been no previous continuances sought or granted.

DATED:  December 8, 2011          PROCOPIO CORY HARGREAVES
                                  & SAVITCH LLP


                                  By: */s/ Katherine M. Knudsen*
                                      Craig A. Ramseyer
                                      Katherine M. Knudsen
                                      Craig.Ramseyer@procopio.com
                                      Kathy.Knudsen@procopio.com
                                      Attorneys for Defendants
                                      T.B. Penick & Sons, Inc. and
                                      Safeco Insurance Company of America

DATED:  December 8, 2011          MANOS & CURL LLP


                                  By: */s/ Cathleen M. Curl*
                                      Cathleen M. Curl
                                      ccurl@manoscurl.com
                                      Attorneys for Use-Plaintiff
                                      Duran & Venables, Inc.


**ORDER**

IT IS SO ORDERED.


Dated:  December 8, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE