1  Craig A. Ramseyer (Bar No. 99099)
   Katherine M. Knudsen (Bar No. 125731)
2  PROCOPIO, CORY, HARGREAVES &
      SAVITCH LLP
3  525 B Street, Suite 2200
   San Diego, California  92101
4  Telephone: 619.238.1900
   Facsimile: 619.235.0398
5
   Attorneys for Defendants,
6  SAFECO INSURANCE COMPANY OF AMERICA
   and T. B. PENICK & SONS, INC.
7

8                UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | DURAN VENABLES, INC.,              | Case No.: 2:11-CV-02973-MCE-JFM
11 |     Plaintiff,                      | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS T.B. PENICK & SONS, INC. AND SAFECO INSURANCE COMPANY OF AMERICA TO RESPOND TO THE COMPLAINT AND ORDER THEREON**
12 | v.                                  |
13 | SAFECO INSURANCE COMPANY OF AMERICA, ET AL., |
14 |                                     |
15 |     Defendants.                     |

16      Pursuant to Civil Local Rule 144, the parties hereby stipulate to extending the
17 deadline for Defendants T.B. Penick & Sons, Inc. ("Penick") and Safeco Insurance
18 Company of America ("Safeco") to move, plead or otherwise respond to the Miller Act
19 Complaint ("Complaint") in this action.  This Stipulation is based on the following facts
20 and circumstances:
21      1.    On November 21, 2011, Use-Plaintiff filed a Complaint seeking damages
22 on a payment bond executed by Safeco, as surety, and Penick, as principal, in this Court.
23 Safeco was served on November 11. 2011.  Penick was served on November 22, 2011.
24 Thus the date for responsive pleadings would be December 2, 2011 for Safeco and
25 December 13, 2011 for Penick.
26      2.    Safeco has tendered defense to Penick, who has accepted the tender.
27 Counsel would like to file one responsive pleading for both Penick & Safeco instead of a
28 responsive pleading for each.

3. The parties agree to extend the time for Defendants to move, plead or otherwise respond to the Complaint up to and including December 13, 2011. There have been no previous continuances sought or granted.

DATED:  December 8, 2011                    PROCOPIO CORY HARGREAVES
                                            & SAVITCH LLP


                                            By: */s/ Katherine M. Knudsen*
                                                Craig A. Ramseyer
                                                Katherine M. Knudsen
                                                Craig.Ramseyer@procopio.com
                                                Kathy.Knudsen@procopio.com
                                                Attorneys for Defendants
                                                T.B. Penick & Sons, Inc. and
                                                Safeco Insurance Company of America

DATED:  December 8, 2011                    MANOS & CURL LLP


                                            By: */s/ Cathleen M. Curl*
                                                Cathleen M. Curl
                                                ccurl@manoscurl.com
                                                Attorneys for Use-Plaintiff
                                                Duran & Venables, Inc.


**ORDER**

IT IS SO ORDERED.

Dated:  December 8, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE